| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**FOR THE NORTHERN DISTRICT OF NEW YORK**<br>**Attorney:** Sidley Austin LLP<br>**Address:** 787 Seventh Avenue, Floor 23 New York, NY 10019 | **Job #:** 1445099 |

| | | |
|---|---|---|
| LEE WOODS<br><br>v<br><br>ANTHONY J. ANNUCCI, Acting Commissioner, Dep't of Corrections and Community Supervision, et al., | *Plaintiff*<br><br><br><br>*Defendant* | **Civil Action #:** 9:20-cv-570 (BKS/CFH)<br><br>**Client's File No.:**<br>**Court Date:**<br><br>**Date Filed:** 05/22/2020 |

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

## AFFIDAVIT OF SERVICE

**James Boland**, being sworn says:
  Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **07/06/2020**, at **2:30 PM** at: **BUILDING 9, 1220 WASHINGTON AVENUE, ALBANY, NY 12226** Deponent served the within **Summons in a Civil Action with Complaint- Jury Trial Requested, Civil Cover Sheet, Addendum to Civil Cover Sheet, Notice, General Order #25, Civil Case Management Plan, Case Assignment Form and Consent to the Exercise of Civil Jurisdiction by a Magistrate Judge**
On: **ANTHONY J. ANNUCCI, Acting Commissioner of the NYS Department of Corrections and Community Supervision**, therein named.
Said documents were conformed with index number and date of filing endorsed thereon.

☒ **#1 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to JARROD SANFORD (Assistant Counsel) a person of suitable age and discretion who stated that he/she is authorized to accept service. Said premises is recipient's :[X] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☒ **#2 DESCRIPTION**
| | | | |
|---|---|---|---|
| **Sex:** Male | **Color of skin:** White | **Color of hair:** Brown/Gray | **Glasses:** Yes |
| **Age:** 36 - 50 Yrs. | **Height:** 5ft 4inch - 5ft 8inch | **Weight:** 161-200 Lbs. | **Other Features:** |

☒ **#3 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#5 OTHER**

☒ **#6 MAILING**
**James Boland** being duly sworn, deponent completed service by depositing a copy of the said documents in a postpaid properly addressed envelope, bearing the words "Personal and Confidential" by first class mail on: **07/06/2020** to **ANTHONY J. ANNUCCI, Acting Commissioner of the NYS Department of Corrections and Community Supervision** at **BUILDING 9, 1220 WASHINGTON AVENUE, ALBANY, NY 12226** in an official depository of the United States Postal Service in the State of New York.

:

Sworn to before me on 07/07/2020    PATRICIA A. BURKE
                    NOTARY PUBLIC-STATE OF NEW YORK
                    No. 01BU4922372
                    Qualified in Albany County
                    My Commission Expires February 26, 2022

James Boland
DCA License #

*Court Support, Inc., 181 Hillside Avenue, Williston Park, NY 11596 License #1382542*