

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct: (518) 776-2609

July 22, 2020

**VIA ECF**
Hon. Christian F. Hummel
United States Magistrate Judge
United States District Court
Northern District of New York

Re:   *Woods v. Annucci et. al*
      *Northern District of New York*
      20-CV-0570 (BKS)(CFH)

Dear Judge Hummel:

Please accept this correspondence as a request for an extension to **September 29, 2020,** for each of the 30 named defendants to respond to the Complaint. This single deadline with simplify the responsive pleading schedule and give the undersigned an opportunity to evaluate for potential conflicts, determine who the Office of the Attorney General ("OAG") will represent, and ultimately respond to the complaint.[1]

Thank you for your consideration of this matter.[2]

Respectfully yours,

*s/ Andrew W. Koster*

Andrew W. Koster
Assistant Attorney General
Bar Roll No. 701106
andrew.koster@ag.ny.gov

---

[1] The OAG currently represents defendants Annucci, Morley, O'Gorman, Koenigsmann, Claudio, Bellnier, Rock, Noeth, Venettozzi, and Prack. At this time the OAG is unable to determine if it will represent the other defendants moving forward, assuming they are all properly served with process.

[2] Defense counsel asked plaintiff's counsel if they would consent to this request, but they did not respond prior to filing. Defense counsel files this letter motion now because he will be on vacation and will not return until after the earliest of the currently-scheduled responsive pleading deadlines have passed.

July 22, 2020
Page 2

cc:    James D. Arden, Esq.
       Sidley Austin LLP
       787 Seventh Avenue
       New York, NY  10019-6099
       **VIA ECF**