

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

+1 212 839 5460
CMATHENY@SIDLEY.COM

AMERICA • ASIA PACIFIC • EUROPE

July 22, 2020

**Via ECF**

Hon. Christian F. Hummel
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
Albany, NY 12207

    Re:    <u>*Woods v. Annucci et. al*, No. 20-CV-0570 (BKS)(CFH)</u>

Dear Judge Hummel:

    We represent Plaintiff Lee Woods in the above-referenced case. Pursuant to General Order No. 25 of the Local Rules for the United States District Court for the Northern District of New York, I write to request respectfully that the initial Rule 16 case management conference, scheduled for August 24, 2020, be adjourned.

    Although we have been diligently attempting to serve Defendants, we have been unable to serve three of the defendants yet and need additional time.

                Respectfully submitted,

                Caitlin N. Matheny

cc:    Andrew W. Koster
       Office of the Attorney General
       State of New York
       Via ECF

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.